# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DONALD IRWIN,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　Case No.: 2:18-cv-1628
　　　　　　　　　　　　　　　　　　　　　　　　　**JUDGE GEORGE C. SMITH**
　　　　　　　　　　　　　　　　　　　　　　　　　**Magistrate Judge Jolson**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on September 3, 2019, recommending that the Court overrule Plaintiff's Statement of Errors and enter judgment in favor of Defendant, the Commissioner of Social Security. (Doc. 13). The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*. Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*. Plaintiff's Statement of Errors is hereby **OVERRULED.**

The Clerk shall remove Document 13 from the Court's pending motions list and enter final judgment in favor of Defendant, the Commissioner of Social Security.

    **IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ George C. Smith*
　　　　　　　　　　　　　　　　　　　　　　　　　**GEORGE C. SMITH, JUDGE**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**